UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
1/27/10
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

WILLIAM JOSEPH McCARTHY

CASE NO. 3:10-cr-31-J-25TEM
Ct. 1: 18 U.S.C. §§ 2252(a)(2)
Ct. 2: 18 U.S.C. §§ 2252(a)(1)
&amp; 18 U.S.C. § 2
Ct. 3-5: 18 U.S.C. § 2252(a)(4)(B)
Forfeitures: 18 U.S.C. § 2253

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

From on or about May 22, 2007 through on or about November 26, 2007, at Jacksonville Beach, in the Middle District of Florida,

WILLIAM JOSEPH McCARTHY,

defendant herein, did knowingly receive visual depictions that had been shipped and transported in interstate and foreign commerce, by any means including by computer via the internet, the production of which involved the use of minors engaging in sexually explicit conduct, which visual depictions were of such conduct, and which visual depictions are specifically identified in the following computer files, among others:

1. Education - Daphne (9Yo) Demontrating Child Pedo Outercourse Sex With Dad - pthc.avi;

2. (pthc)10yo girl fucks 12yo boy 7m07s.mpg;

3. Pthc – Jasmin02 12yo.avi.;

4.  (pthc) JhO - TakingEmHome.mpg;

5.  ! New ! (Pthc) Laura4.mpg; and

6.  !!new (pthc) Sandy 1st try.avi.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT TWO

From on or about December 14, 2007, at approximately 2:12 p.m., through on or about December 19, 2007, at 11:05 a.m., at Jacksonville Beach, in the Middle District of Florida,

WILLIAM JOSEPH McCARTHY,

defendant herein, did knowingly transport and ship and cause to be transported and shipped in interstate and foreign commerce, by any means including by computer via the internet, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, which visual depiction was of such conduct, and which visual depictions are specifically identified in the following computer files:

1.  kdv rbv pthc cocuk porno kinder pedo bib cam webcam tecavuz ensest incest (2).mpg;

2.  Education - Daphne (9Yo) Demontrating Child Pedo Outercourse Sex With Dad - pthc.avi;

3.  (pthc)10yo girl fucks 12yo boy 7m07s.mpg;

4.  (pthc) JhO - TakingEmHome.mpg;

5. Pthc – Jasmin02 12yo.avi; and

6. ! New ! (Pthc) Laura4.mpg.

In violation of Title 18, United States Code, Section 2252(a)(1) and Title 18, United States Code, Section 2.

## COUNT THREE

On or about February 4, 2009, at Jacksonville Beach, in the Middle District of Florida,

WILLIAM JOSEPH McCARTHY,

defendant herein, did knowingly possess one (1) or more matters which contained visual depictions which were produced using materials that had been shipped and transported in interstate and foreign commerce, that is, a Seagate Barracuda 7200.8 computer hard disk drive, serial number 5ND08LW0, and a Seagate Barracuda 7200.10 computer hard disk drive, serial number 9QE0Q8JA, the production of which visual depictions involved the use of minors engaging in sexually explicit conduct and which visual depictions were of such conduct, and which were specifically identified in the following computer files, among others:

1. zyz 9 yo Blonde Daughter Fingered In Camping Tent Incest(3m8s)exQ(sound)36,798KB pthc underage r@ygold preteen illegal sister.avi;

2. !!-New-!! 2006 5Yo Lapdance Pthc Ua Upclose Cum Loop-Joined.avi; and

3. pthc_ptsc_9yo jenny tied up, nylons, collar, sucking cock and moaning email your request at shortgrub09@yahoo.com.AVI.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

3

## COUNT FOUR

On or about February 4, 2009, at Jacksonville Beach, in the Middle District of Florida,

WILLIAM JOSEPH McCARTHY,

defendant herein, did knowingly possess one (1) or more matters which contained visual depictions which were produced using materials that had been shipped and transported in interstate and foreign commerce, that is, a Seagate Barracuda 7200.10 computer hard disk drive, serial number 5QG0FV04, the production of which visual depictions involved the use of minors engaging in sexually explicit conduct and which visual depictions were of such conduct, and which were specifically identified in the following computer files, among others:

1. Babyj Hotdog Young.mpg;
2. Vicky - Pedofilia 13.mpg;
3. Vicky beginning.mpg;
4. Cbabyj incest.mpg;
5. Vicky-11y-SuckCum.mpg;
6. Incest Barbie.mpg; and
7. Incest father daughter.avi.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

## COUNT FIVE

On or about February 4, 2009, at Jacksonville Beach, in the Middle District of Florida,

WILLIAM JOSEPH McCARTHY,

defendant herein, did knowingly possess one (1) or more matters which contained visual depictions which were produced using materials that had been shipped and transported in interstate and foreign commerce, that is, an IBM Travelstar computer hard disk drive, serial number TH-01E445-12567-2B41VM2, the production of which visual depictions involved the use of minors engaging in sexually explicit conduct and which visual depictions were of such conduct, and which were specifically identified in the following computer files, among others:

1. sab11.jpg;
2. !!!pedo-lolitas.2 niños follando 1 niña.........YOUNG- 16 (1).JPG;
3. 2507_us902.jpg; and
4. Childlover_little_Collection_0102.jpg.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

## FORFEITURES

1. The allegations contained in Counts One through Five of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 18, United States Code, Section 2253.

2. The defendant, WILLIAM JOSEPH McCARTHY, shall forfeit to the United States of America, any visual depictions described in Title 18, United States

Code, Sections 2251, 2251A, 2252, 2252A, and/or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110, United States Code; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 18, United States Code, Section 2253(b).

A TRUE BILL,

_____
Foreperson

A. BRIAN ALBRITTON
United States Attorney

By: _____
D. RODNEY BROWN
Assistant United States Attorney

By: _____
MAC D. HEAVENER, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

---

THE UNITED STATES OF AMERICA

vs.

WILLIAM JOSEPH McCARTHY

---

**INDICTMENT**

Violations:

Ct. 1:     18 U.S.C. § 2252(a)(2)
Ct. 2:     18 U.S.C. §§ 2252(a)(1) and 2
Cts. 3-5:  18 U.S.C. § 2252(a)(4)(B)

---

A true bill,

_____
Foreperson

---

Filed in open court this 27th day

of January, 2010.

_____
Clerk

---

Bail $_____

GPO 863 525