UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO. 3:10-cr-31-J-25TEM

WILLIAM JOSEPH McCARTHY

## BILL OF PARTICULARS

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to Rule 32.2(a), Federal Rules of Criminal Procedure, now particularly alleges that the following real property is subject to forfeiture on the basis of the allegations in Counts One through Count Five of the Indictment filed in the above-styled criminal case:

> All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 1867 Kings Court, Jacksonville Beach, Duval County, Florida, Parcel No. 178745-0215, more particularly described as:
>
> Lot 3, SEAGATE WOODS, according to the
> plat thereof as recorded in Plat Book 49, Pages
> 81 and 81A of the current public records of
> Duval County, Florida.

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

By:   s/ Bonnie A. Glober
BONNIE A. GLOBER
Florida Bar No. 0748307
Assistant United States Attorney
United States Attorney's Office
300 N. Hogan Street, Suite 700
Telephone: (904) 301-6300
Fax: (904) 301-6310
E-mail: bonnie.glober@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that February 1, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**David Rodney Brown**
rodney.brown@usdoj.gov,JaxDocket.Mailbox@usdoj.gov,heather.king@usdoj.gov

I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:

**Otto D. Rafuse**
Moss, Rafuse & Rosati
Suite B
337 E Bay St
Jacksonville, FL 32202

By: *s/ Bonnie A. Glober*
BONNIE A. GLOBER
Florida Bar No. 0748307
Assistant United States Attorney
United States Attorney's Office
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Fax: (904) 301-6310
E-mail: bonnie.glober@usdoj.gov

2