UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,
  *Plaintiff,*

v.            Case No. 3:10-CR-031

WILLIAM JOSEPH McCARTHY,
  *Defendant.*
_____/

## MOTION FOR LEAVE TO FILE REPLY TO
## UNITED STATES' RESPONSE IN OPPOSITION [DOC. 84]

NOW COMES the defendant WILLIAM JOSEPH McCARTHY, appearing in *pro se*, and respectfully requests leave to file a reply, rebutting the government's opposition to the instant motion to terminate supervised release.

The instant motion on on October 26, 2022 (Doc. 82), and this Court ordered a response from the government to be filed on or before November 14, 2022. Doc. 83. Its response was filed the same day. Doc. 84. The local rules do not grant any reply as of right for civil or criminal motion practice. LR 3.01(d). This rule is exclusive of reply briefs to summary judgment motions.

Because several points the government made in its opposition brief require response and clarification, a reply brief is necessary. First, the government's use of the Factual Summary improperly invokes a sentencing factor which is disallowed for consideration on any post-release modification request under §3583(e).

Second, the report from the U.S. Probation Officer in charge of this case, as communicated by the government in their opposition brief, contains information that

appears to lack nuance. I would like the permission of this court to include clarification and inclusion of that nuance in my reply.

I therefore request the Court grant me leave to file such a reply, which will be no longer than five pages in length.

Signed this 9th day of November, 2022.

WILLIAM JOSEPH McCARTHY<br>
(904) 572-2293<br>
[Address withheld per FRCP 49.1]<br>
Jacksonville, Florida 32244<br>
*Pro Se* Defendant, Movant

Certificate of Service

With my signature above, I attest that I have sent a true, correct, and originally signed copy upon the Clerk of the Court and the representative of the government by affecting service through the U.S. Postal Mail to the following addresses:

| **David Rodney Brown** | **Clerk of the U.S. District Court** |
|---|---|
| US Attorney's Office - FLM | Middle District of Florida – Jacksonville |
| Suite 700 | Bryan Simpson U.S. Courthouse |
| 300 N Hogan St | 600 N Hogan St |
| Jacksonville, FL 32202 | Jacksonville, FL 32202 |