UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

v.  Case No.: **3:10-cr-31-HLA-TEM**

WILLIAM JOSEPH McCARTHY

_____/

## ORDER

**THIS CAUSE** is before the Court upon Defendant's Motion for Leave to File Reply (Dkt. 85). The Government has not filed an opposition to the motion. Upon consideration, it is

**ORDERED** that Defendant's Motion for Leave to File Reply (Dkt. 85) is **GRANTED**; Defendant may file a reply of no more than **five (5) pages** within **fourteen (14) days**.

**DONE AND ORDERED** at Jacksonville, Florida, this 29th day of November 2022.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:
Counsel of Record